**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| KIRA ZANDER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>L BRANDS, INC.,<br><br>      Defendant. | Case No. 3:16-CV-1328-J-39JRK |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

The parties, having resolved their dispute, hereby dismiss with prejudice all of their claims and potential claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear their own costs and attorneys' fees.

Dated: July 12, 2017          Respectfully submitted,

                    **WOLF HALDENSTEIN ADLER**
                    **FREEMAN & HERZ LLP**

                    /s/ *Janine L. Pollack*
                    Janine L. Pollack (Pro Hac Vice)
                    270 Madison Avenue
                    New York, NY 10016
                    Tel.: (212) 545-4600
                    Fax: (212) 686-0114
                    pollack@whafh.com

**THE WILNER FIRM**
Richard J. Lantinberg
Fla. Bar No. 956708
444 East Duval St., 2nd Floor
Jacksonville, FL 32202
Tel.: (904) 446-9817
Fax: (904) 446-9825
rlantinberg@wilnerfirm.com

*Attorneys for Plaintiff*

**GOLDBERG SEGALLA**

 /s/ *David S. Osterman*
David S. Osterman (Pro Hac Vice)
902 Carnegie Center, Suite 100
Princeton, NJ 08540-6530
Tel.: (609) 986-1310
Fax: (609) 986-1301
dosterman@goldbergsegalla.com

**MOSELEY, PRICHARD, PARRISH, KNIGHT & JONES**

Robert Parrish
Fla. Bar No. 268739
Charles M. Trippe, Jr.
Fla. Bar No. 069760
Jeffrey A. Yarbrough
Fla. Bar No. 14892
501 West Bay St.
Jacksonville, FL 32202
Tel.: (904) 356-1306
Fax: (904) 354-0194
bparrish@mppkj.com
ctrippe@mppkj.com
jyarbrough@mppkj.com

*Attorneys for Defendant*